**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, JEFF R. HOLLOWELL, TAMMY McDEVITT, and PERLA PEREZ
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ALLEN, | CASE NO. 1:20-cv-01040-DAD-JLT |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, JEFF R. HOLLOWELL, TAMMY McDEVITT, PERLA PEREZ, and DOES 1 through 20, inclusive, | (Doc. 4) |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff DANIELLE ALLEN, and Defendants COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, JEFF R. HOLLOWELL, TAMMY McDEVITT, and PERLA PEREZ, through their respective counsel, that the time for Defendants to respond to the Complaint shall be extended to **August 18, 2020**. Plaintiff's counsel needs additional time to review and respond to meet and confer efforts regarding a potential motion to dismiss, meet with her client, and determine how to response.

{02254777.DOCX}                                              1

Respectfully submitted,

Dated:  August 3, 2020      PORTER SCOTT
            A PROFESSIONAL CORPORATION


            By      /s/Carl L. Fessenden
                 Carl L Fessenden
                 Attorneys for Defendants

Dated: August 3, 2020      LAW OFFICES OF VICTORIA L. CAMPBELL


            By _____
                 Victoria L. Campbell
                 Attorney for Plaintiff


**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

   Dated:   **August 3, 2020**            **/s/ Jennifer L. Thurston**
                      UNITED STATES MAGISTRATE JUDGE