**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, JEFF R. HOLLOWELL, TAMMY McDEVITT, and PERLA PEREZ
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF INYO, INYO COUNTY SHERIFF'SDEPARTMENT, JEFF R. HOLLOWELL, TAMMY McDEVITT, PERLA PEREZ, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____ / | CASE NO.  1:20-cv-01040-DAD-JLT<br><br>**STIPULATION DISMISSING JEFF R. HOLLOWELL; ORDER CLOSING THE ACTION AS TO JEFF R. HOLLOWELL**<br>(Doc. 6) |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff DANIELLE ALLEN ("Plaintiff"), and Defendants COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, JEFF R. HOLLOWELL, TAMMY McDEVITT, and PERLA PEREZ, through their respective counsel, that Plaintiff agrees to dismiss the individual Defendant, JEFF R. HOLLOWELL without prejudice.

Dated:  August 13, 2020　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Carl L. Fessenden
　　　　　　　　　　　　　　　　　　　　　　Matthew W. Gross
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated: _____　　　　　　　　LAW OFFICE OF VICTORIA L. CAMPBELL

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Victoria L. Campbell

**ORDER**

The parties have stipulated to the action being dismissed without prejudice as to Jeff R. Hollowell.  (Doc. 6) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action as to Jeff R. Hollowell.

IT IS SO ORDERED.

　　Dated:   **August 13, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE