1

**PORTER | SCOTT**

2
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494

3
Matthew W. Gross, SBN 324007
350 University Ave., Suite 200

4
Sacramento, CA 95825
TEL: 916.929.1481

5
FAX: 916.927.3706

6
Attorneys for Defendants
COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, TAMMY McDEVITT, and

7
PERLA PEREZ

8
Victoria L. Campbell, SBN 149157

9
**LAW OFFICE OF VICTORIA L. CAMPBELL**
314 West Line Street, Suite H

10
Bishop, CA 93514
TEL: 760.873.7070

11
FAX: 760.873.7070

Attorneys for Plaintiff DANIELLE ALLEN

12

13
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

14

15
DANIELLE ALLEN,                                    CASE NO.  1:20-cv-01040-JLT

16
          Plaintiff,                         **JOINT STIPULATION FOR DISMISSAL**

17
                                           **WITH PREJUDICE, AND [~~PROPOSED~~]**

18
v.                                                 **ORDER DISMISSING THE CASE**

19
COUNTY OF INYO, INYO COUNTY                        (Doc. 20)
SHERIFF'S DEPARTMENT, JEFF R.

20
HOLLOWELL, TAMMY McDEVITT,
PERLA PEREZ, and DOES 1 through 20,

21
inclusive,

22
          Defendants.

23
_____/

24

25
      IT IS HEREBY STIPULATED and agreed by and between plaintiff DANIELLE ALLEN and

26
Defendants COUNTY OF INYO, INYO COUNTY SHERIFF'S DEPARTMENT, TAMMY McDEVITT

27
and PERLA PEREZ that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P.

28
41(a).

{02337746.DOCX}                                    1
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER**

1    IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all

2 attorneys' fees.

3 Dated: 01/14/2021                              PORTER SCOTT
                                                 A PROFESSIONAL CORPORATION
4

5                                                By /s/Carl L. Fessenden
                                                        Carl L. Fessenden
6                                                       Matthew W. Gross
                                                        Attorneys for Defendants
7

8

9 Dated:   12/29/2020                            LAW OFFICE OF VICTORIA L. CAMPBELL

10

11                                               By  /s/Victoria L. Campbell (authorized 12/29/2020)
                                                        Victoria L. Campbell
12                                                      Attorneys for Plaintiff

13

14                              **[~~PROPOSED~~] ORDER**

15       Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY

16 ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear their own

17 fees and costs, including all attorneys' fees.

18

19 IT IS SO ORDERED.

20    Dated:   **January 14, 2021**              **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

{02337746.DOCX}                                  2
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER**